JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 913 -- In re American Business Computers Corporation Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/11/26 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 & A-2) -- Filed by Defts. American Business Computers Corporation; Joseph W. Shannon; Robert A. Cutting; Gary T. Salhany; V. Ann Hailey; Herbert J. Luxenburg; Steven P. Smolev and C. Rand Michaels -- SUGGESTED TRANSFEREE DISTRICT: SOUTHERN DISTRICT OF NEW YORK OR NORTHERN DISTRICT OF OHIO -- SUGGESTED TRANSFEREE JUDGE: ? -- w/Exhibits A-B and cert. of svc. (rh) |
| 91/12/09 | | APPEARANCES -- LESTER L. LEVY, ESQ. for Deborah Dechter and Gerald Bloomberg; MARK D. GODLER, ESQ. for Pepsi-Cola Company and Daniel Stempkowski; BRIAN M. EISENBERG, ESQ. for American Business Computers Corporation, Joseph W. Shannon, Robert A. Cutting, Gary T. Salhany, V. Ann Hailey, Herbert L. Luxenburg, Steven P. Smolev and C. Rand Michaels; RICHARD S. WAYNE, ESQ. for Sal F. Laurenzano (kac) |
| 91/12/10 | | APPEARANCE -- ROBIN G. WEAVER, ESQ. for J. Larry Vowell (kac) |
| 91/12/11 | 2 | AMENDED MOTION/BRIEF TO TRANSFER -- filed by defts. American Business Computers Corporation, Joseph W. Shannon, Robert A. Cutting, Gary T. Salhany, V. Ann Hailey, Herbert J. Luxenberg, Steven P. Smolev and C. Rand Michaels -- with cert. of svc. (kac) |
| 91/12/16 | 3 | RESPONSE -- (to pldg. #2) filed by pltfs. Deborah Dechter and Gerald F. Bloomberg -- with Exhibits 1 and 2, Affadavit of Lester L. Levy, Esq., and cert. of svc. (kac) |
| 91/12/19 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing in Phoenix, Arizona on January 31, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 91/12/23 | | APPEARANCE -- NADEEM FARUQI, ESQ. for Howard Gollomp (kac) |
| 91/12/31 | 4 | RESPONSE -- (to pldg. #2) filed by pltf. Howard Gollomp -- with Affidavit of Lester L. Levy, Exhibits 1 and 2 and cert. of svc. (kac) |
| 91/12/31 | 5 | RESPONSE -- (to pldg. #2) filed by pltf. Sal F. Laurenzano -- with cert. of svc. (kac) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 913 -- _____

| Date | Pldg. | Pleading Description |
|---|---|---|
| 92/01/03 | 6 | REPLY -- (to pldgs. #4 and #5) -- filed by defts. American Business Computers Corporation, Joseph W. Shannon, Robert A. Cutting, Gary T. Salhany, V. Ann Hailey, Herbert J. Luxenburg, Stephen P. Smolev and C. Rand Michaels -- with 2 Exhibits A and B, 2 Exhibits C and D, Exhibit E, and cert. of svc. (kac) |
| 91/12/30 | 7 | NOTICE OF RELATED ACTION -- Eric Ross v. American Business Computers Corporation, et al., N.D. Ohio, C.A. No. 5:91-CV-2556 -- filed by pltf. Sal F. Laurenzano (ds) |
| 92/01/10 | 8 | RESPONSE (to pldg. #6) -- filed by pltfs. Deborah Dechter, et al. and Sal F. Laurenzano w/cert. of svc. (ds) |
| 92/01/31 | | HEARING APPEARANCES -- (For Hearing on 1/31/92 in Phoenix, AZ) MITCHELL G. BLAIR, ESQ. for American Business Computers Corp.; Joseph W. Shannon; Robert A. Cutting; Gary T. Salhany; V. Ann Hailey; Herbert J. Luxenberg; Stephen P. Smolev and C. Rand Michaels; RICHARD S. WAYNE, ESQ. Sal F. Laurenzano; LESTER L. LEVY, ESQ. for Deborah Dechter and NADEEM FARUQI, ESQ. for Howard Gollomp (rh) |
| 92/01/31 | | WAIVERS OF ORAL ARGUMENT -- (For Hearing on 1/31/92 in Phoenix, AZ) Pepsi-Cola Co. and Daniel Stempkowski (rh) |
| 92/02/19 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Charles L. Brieant (ds) |
| 92/02/19 | | TRANSFER ORDER -- transferring A-2 to the Southern District of New York -- Notified involved clerks, judges, counsel and misc. recipients (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 913 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re American Business Computers Corporation Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Jan. 31, 1992 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Feb. 19, 1992 | T.O. | Unpublished | S.D. New York | Charles L. Brieant | |

Misc # M21-62

Special Transferee Information

DATE CLOSED: 6/16/95

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 913 -- In re American Business Computers Corporation Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Deborah Dechter, et al. v. American Business Computers Corporation, et al. | N.Y.,S. Brieant | 91 Civ. 5858 (CLB) | | | | |
| A-2 | Sal F. Laurenzano v. American Business Computers Corporation, et al. | Ohio,N. Batchelder | 5:91-CV-2142 | 2/19/92 | 92Cv1722 | | |
| A-3 | Howard Gollomp v. American Business Computers Corporation, et al. | N.Y.,S.D. Brieant | 91 Civ. 8113 | | | | |
| XYZ-4 | Howard Alter v. American Business Computers Corporation, et al. | N.Y.,S.D. | 92-Civ-2876 | | | | |

July 1992 2xYZ/1 Tr /3 Pending

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 913 -- In re American Business Computers Corporation Securities Litigation

==========================================

DEBORAH DECHTER
GERALD BLOOMBERG (A-1)
Lester L. Levy, Esq.
Wolf, Popper, Ross, Wolf
 & Jones
845 Third Avenue
New York, NY  10022

AMERICAN BUSINESS COMPUTERS CORP.
(Deft. A-1, A-2)
JOSEPH W. SHANNON (Deft. A-1, A-2)
ROBERT A. CUTTING (Deft. A-1, A-2)
GARY T. SALHANY (Deft. A-1, A-2)
V. ANN HAILEY (Deft. A-1)
HERBERT LUXENBURG (Deft. A-1, A-2)
STEVEN SMOLEV (Deft. A-1, A-2)
C. RAND MICHAELS (Deft. A-1)
Brian M. Eisenberg, Esq.
Calfee, Halter & Griswold
1800 Society Building
800 Superior Avenue, NE
Cleveland, OH  44114-8358

PEPSI-COLA COMPANY (Deft. A-1)
DANIEL STEMPKOWSKI (Deft. A-1)
Mark D. Godler, Esq.
Kaye, Scholer, Fierman, Hays
 & Handler
425 Park Avenue
New York, NY  10022

L. LARRY VOWELL (Deft. A-1)
Robin Weaver, Esq.
Squire, Sanders & Dempsey
1800 Huntington Building
Cleveland, OH  44115

SAL F. LAURENZANO (A-2)
Richard S. Wayne, Esq.
Strauss & Troy
2100 Central Trust Center
201 E. 5th Street
Cincinnati, OH  45202-4186

HOWARD GOLLOMP (A-3)
Nadeem Faruqi
Kaufman Malchman Kaufman &
 Kirby
919 Third Avenue
New York, NY  10022

Steven J. Toll
Cohen, Milstein, Hausfeld &
 Toll
1401 New York Avenue, N.W.
Suite 600
Washington, D.C.  20005

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 913 -- In re American Business Computers Corporation Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| American Business Computers Corporation | A-1, A-2 |
| Joseph W. Shannon | A-1, A-2 |
| Robert A. Cutting | A-1, A-2 |
| Gary T. Salhany | A-1, A-2 |
| V. Ann Hailey | A-1 |
| Daniel Stempkowski | A-1 |
| Herbert L. Luxenburg | A-1, A-2 |
| Steven P. Smolev | A-1, A-2 |
| J. Larry Vowell | A-1 |
| C. Rand Michaels | A-1, A-2 |
| The Pepsi-Cola Company | A-1 |