

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 19 92

PATRICIA D. HOWARD
CLERK OF THE PANEL

## DOCKET NO. 913

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE AMERICAN BUSINESS COMPUTERS CORPORATION SECURITIES LITIGATION

*BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK, HALBERT O. WOODWARD,* ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL*

### TRANSFER ORDER

This litigation presently consists of two actions, one action each pending in the Southern District of New York and the Northern District of Ohio.[1] Before the Panel is a motion by defendants American Business Computers Corporation (American) and its officers and directors to centralize these actions in the Northern District of Ohio for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407. The Ohio plaintiffs support the motion. Plaintiffs in the New York action and in the potentially related action pending there agree that centralization is appropriate, but suggest the Southern District of New York as transferee court.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Southern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share questions of fact arising from allegations by American stockholders that American mispresented its development of soft-drink dispensing machines. Centralization under Section 1407 is desirable in order to avoid duplication of discovery, prevent inconsistent pretrial rulings and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Southern District of New York is the appropriate transferee forum for this docket. We note that the first-filed action is pending there and that pretrial is proceeding apace there before Chief Judge Charles L. Brieant.

---

* Judge Woodward took no part in the decision of this matter.

[1] The Panel has been informed that related actions have been filed in the Southern District of New York and the Northern District of Ohio. These actions, and any other actions that come to the Panel's attention, will be treated as potential tag-along actions. See Rules 12 and 13, R.P.J.P.M.L., 120 F.R.D. 251, 258-59 (1988).

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Northern District of Ohio be, and the same hereby is, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Charles L. Brieant for coordinated or consolidated pretrial proceedings with the action pending there.

FOR THE PANEL:

_____
John F. Nangle
Chairman

## SCHEDULE A

### MDL-913 -- In re American Business Computers Corporation Securities Litigation

#### Southern District of New York

*Deborah Dechter, et al. v. American Business Computers Corp., et al.*, C.A. No. 91 Civ. 5858 (CLB)

#### Northern District of Ohio

*Sal F. Laurenzano v. American Business Computers Corp., et al.*, C.A. No. 5:91-CV-2142